UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROWLAND D. PUGH, | ) | 1:01-CV-5017 OWW LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | ) | |
| | ) | |
| CAL TERHUNE, et al., | ) | (DOCUMENT #81) |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2005, defendants filed a request/motion to extend time to file their motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are  is granted to and including August 29, 2005 in which to file their motion for summary judgment.

IT IS SO ORDERED.

**Dated:   August 23, 2005**          /s/ Lawrence J. O'Neill
b6edp0                                UNITED STATES MAGISTRATE JUDGE